■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS ANDERSON, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 7, 1984, unanimously affirmed, and motion to enlarge the record on appeal granted. No opinion. Concur—Murphy, P. J., Sullivan, Ross and Rosenberger, JJ.